JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN DIAZ,<br><br>        Petitioner,<br><br>    vs.<br><br>W. L. MONTGOMERY,<br>Warden,<br>        Respondent. | Case No. CV 15-06604-AG (KES)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: June 30, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE